**No. 09-913. Elvis David Lewis, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 826, 131 S. Ct. 65, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6175.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 325 Fed. Appx. 178.

■

**No. 09-944. Placer Dome, Inc., et al., Petitioners v. Provincial Government of Marinduque, Republic of the Philippines.**

562 U.S. 827, 131 S. Ct. 65, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6316.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 582 F.3d 1083.

■

**No. 09-945. Louisiana Safety Association of Timbermen - Self Insurers Fund, Petitioner v. Certain Underwriters at Lloyd's, London, et al.**

562 U.S. 827, 131 S. Ct. 65, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6262.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 587 F.3d 714.

■

**No. 09-951. National Right to Work Legal Defense Foundation, Inc.,** Petitioner v. UNITE (Union of Needletrades, Industrial & Textile Employees, AFL-CIO), et al.

562 U.S. 827, 131 S. Ct. 65, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6197.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 585 F.3d 741.

■

**No. 09-960. William H. Hogan, in His Official Capacity as Commissioner of Alaska Department of Health and Human Services, et al., Petitioners v. Kaltag Tribal Council, et al.**

562 U.S. 827, 131 S. Ct. 66, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6530.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 324.

■

**No. 09-983. Kevin Scott Peterson, Petitioner v. City of Fort Worth, Texas.**

562 U.S. 827, 131 S. Ct. 66, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6741.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 588 F.3d 838.